UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 JUL 13 AM 10: 35
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> EDUARDO CARBAJAL DE LOA, <br><br> Defendant. | CASE NO. 10CR2178-WQH <br><br> **JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 21 USC 952 AND 960: IMPORTATION OF METHAMPHETAMINE

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 9, 2010

_____
WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

ENTERED ON 7/9/10